| United States Bankruptcy Court<br>District of New Hampshire | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kingsbury Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**02-0329934** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**80 Laurel Street**<br>**Keene, NH**<br><div align=right>ZIP Code</div>**03431** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cheshire** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
| --- | --- | --- |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13     of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as     business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
| --- | --- |
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kingsbury Corporation** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Kingsbury Corporation

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X   /s/ Jennifer Rood
_____
Signature of Attorney for Debtor(s)

Jennifer Rood NHB #01395
Printed Name of Attorney for Debtor(s)

Bernstein, Shur, Sawyer & Nelson
Firm Name

670 N. Commercial St. Suite 108
P.O. Box 1120
Manchester, NH 03105-1120
Address

(603) 623-8700  Fax: (603) 623-7775
Telephone Number

9/29/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Iris A. Mitropoulis
Printed Name of Authorized Individual

President
Title of Authorized Individual

9-29-11
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

<div style="text-align: center">

**ACTION TAKEN BY UNANIMOUS WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS OF**
**KINGSBURY CORPORATION**

</div>

The undersigned, being the sole Director of KINGSBURY CORPORATION (the "Company"), a corporation organized and existing under New Hampshire law, pursuant to N.H. R.S.A. 293-A:7.04, hereby takes the following action without holding a meeting, such action being stated in the form of and to be as fully effective as if taken by unanimous resolution of the Board of Directors at a meeting thereof duly called and held on the date hereof at which the undersigned Director was present and acting throughout:

**RESOLVED:**    That in the judgment of the undersigned Director of the Company, it may be desirable and in the best interests of the Company, its creditors, shareholders, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "Code"); and further,

**RESOLVED:**    That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the District of New Hampshire (the "Bankruptcy Court") at such time as the Company shall determine and in such form or forms as the Company may approve; and further,

**RESOLVED:**    That the undersigned Director of the Company be and hereby is authorized on behalf of, and in the name of, the Company to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to use cash collateral or to borrow under a post-petition credit facility, to grant liens, guarantees, pledges, mortgages and other security therefor, to file and prosecute a plan of reorganization and/or to sell all or substantially all of the Company's assets in one or more transactions designed to maximize the value of such assets; and further

**RESOLVED:**    That the undersigned Director of the Company be and is hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further

**RESOLVED:**    That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson ("BSSN") as general bankruptcy counsel to the Company in connection with the Chapter 11 case if the Company determines that the filing of a voluntary petition for relief is proper, and to pay BSSN at its standard hourly rates in connection with its representation of the Company and to provide BSSN with a

<div style="text-align: center">1</div>

retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company; and further,

**RESOLVED:**   That the undersigned Director of the Company be and is hereby authorized to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may reasonably be required to give effect to the consummation of the transactions contemplated by these resolutions to any Chapter 11 plan, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and further

**RESOLVED:**   That to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Company, such actions are hereby ratified and confirmed in their entirety.

Dated:   September 28, 2011

Iris A. Mitropoulis, Director

2

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Hampshire

In re   Kingsbury Corporation

Case No. _____

Chapter   11

_____ Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AMC<br>C/O Choate, Hall & Stewart<br>2 International Place, Suite 34<br>Boston, MA 02110 | AMC<br>C/O Choate, Hall & Stewart<br>2 International Place, Suite 34<br>Boston, MA 02110<br>617-248-5000 | Subordinated note to former owners. | Disputed<br>Subject to Setoff | 7,025,662.08 |
| PCW<br>C/O Choate, Hall & Stewart<br>2 International Place, Suite 34<br>Boston, MA 02110 | PCW<br>C/O Choate, Hall & Stewart<br>2 International Place, Suite 34<br>Boston, MA 02110<br>617-248-4000 | Subordinated note to former owners. | Disputed<br>Subject to Setoff | 5,878,273.97 |
| Bank of America Business Card<br>80 Holtz Drive<br>Buffalo, NY 14225 | Bank of America Business Card<br>80 Holtz Drive<br>Buffalo, NY 14225<br>888-860-0516 | Business credit. | | 823,829.33 |
| James L. Koontz<br>765 W. Hill Road<br>Keene, NH 03431 | James L. Koontz<br>765 W. Hill Road<br>Keene, NH 03431 | Employment agreement. | | 603,613.00 |
| Retirement Committee<br>Kingsbury Corporation<br>80 Laurel Street<br>Keene, NH 03431 | Retirement Committee<br>Kingsbury Corporation<br>80 Laurel Street<br>Keene, NH 03431<br>603-352-5212 | Pension Plan | | 500,000.00 |
| Public Service Company of N.H.<br>73 West Brook Street<br>Manchester, NH 03101 | Public Service Company of N.H.<br>73 West Brook Street<br>Manchester, NH 03101<br>603-352-0010 | Utility. | | 334,129.73 |
| American Express<br>One Cate Street<br>Portsmouth, NH 03801 | American Express<br>One Cate Street<br>Portsmouth, NH 03801<br>603-430-2888 | Business credit. | | 321,286.26 |
| Walter Burkart Estate<br>764 W. Hill Road<br>Keene, NH 03431 | Walter Burkart Estate<br>764 W. Hill Road<br>Keene, NH 03431 | Employment agreement. | | 316,679.42 |
| Automation & Modular Component<br>10301 Enterprise Drive<br>Davisburg, MI 48350 | Automation & Modular Component<br>10301 Enterprise Drive<br>Davisburg, MI 48350<br>248-922-4740 | Trade debt. | | 172,438.44 |

In re **Kingsbury Corporation** _____  Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| New Hampshire Department of Labor<br>PO Box 2076<br>Concord, NH 03302 | New Hampshire Department of Labor<br>PO Box 2076<br>Concord, NH 03302<br>603-271-3176 | Wages and Payroll Taxes. | Disputed | 124,000.00 |
| Keyence Corporation of America<br>C/O Jay M. Niederman, Esq.<br>55 W. Webster Street<br>Manchester, NH 03104 | Keyence Corporation of America<br>C/O Jay M. Niederman, Esq.<br>55 W. Webster Street<br>Manchester, NH 03104<br>603-668-5960 | Trade debt. | | 118,026.83 |
| Horizon Solutions Corporation<br>701 Kelly Way<br>Holyoke, MA 01040 | Horizon Solutions Corporation<br>701 Kelly Way<br>Holyoke, MA 01040<br>800-628-1068 | Trade debt. | | 105,879.42 |
| Federal Equip-US Drill Head Co.<br>5298 River Road<br>Cincinnati, OH 45233 | Federal Equip-US Drill Head Co.<br>5298 River Road<br>Cincinnati, OH 45233<br>513-621-5260 | Trade debt. | | 103,004.56 |
| Denso Sales California, Inc.<br>C/O Jay M. Niederman, Esq.<br>55 W. Webster Street<br>Manchester, NH 03104 | Denso Sales California, Inc.<br>C/O Jay M. Niederman, Esq.<br>55 W. Webster Street<br>Manchester, NH 03104<br>603-668-5960 | Trade debt. | | 71,587.92 |
| O'Connor & Drew, PC<br>25 Braintree Hill Office Park<br>Suite 102<br>Braintree, MA 02184 | O'Connor & Drew, PC<br>25 Braintree Hill Office Park<br>Suite 102<br>Braintree, MA 02184<br>617-471-1120 | Professional Services. | | 70,988.84 |
| D & D Automation, Inc.<br>658 Erie Street<br>Stratford, ON  N5A 2P1 | D & D Automation, Inc.<br>658 Erie Street<br>Stratford, ON  N5A 2P1<br>519-273-7282 | Trade debt. | | 65,188.52 |
| Anthem Blue Cross and Blue Shield<br>3000 Goffs Falls Road<br>Manchester, NH 03111 | Anthem Blue Cross and Blue Shield<br>3000 Goffs Falls Road<br>Manchester, NH 03111<br>603-695-7274 | Health Insurance. | | 65,011.31 |
| Irving Oil Corp.<br>One Canal Plaza<br>PO Box 426<br>Portland, ME 04112 | c/o Randy J. Creswell, Esq.<br>Irving Oil Corp.<br>One Canal Plaza<br>PO Box 426<br>Portland, ME 04112<br>207-774-2635 | Trade debt. | | 64,808.69 |
| EBPA<br>37 Industrial Drive, Suite E<br>Exeter, NH 03833 | EBPA<br>37 Industrial Drive, Suite E<br>Exeter, NH 03833<br>603-773-4405 | Fees owed to third party administrator. | | 63,541.99 |

In re   **Kingsbury Corporation**                                      Case No. _____
_____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Action Tool & Machine, Inc.** C/O Jay M. Niederman, Esq. 55 W. Webster Street Manchester, NH 03104 | **Action Tool & Machine, Inc.** C/O Jay M. Niederman, Esq. 55 W. Webster Street Manchester, NH 03104 603-668-5960 | Trade debt. | | 62,208.97 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ___9-29-11___                    Signature _____
                                                **Iris A. Mitropoulis**
                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of New Hampshire

In re   **Kingsbury Corporation**

Debtor

Case No. _____

Chapter _____ **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Donson Group, Ltd.**<br>**197 Eighth Street, Suite 850**<br>**Charlestown, MA 02129** | **Common Stock** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____9-29-11_____

Signature _____
Iris A. Mitropoulis
President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

<u>0</u>   continuation sheets attached to List of Equity Security Holders

**United States Bankruptcy Court**
**District of New Hampshire**

In re   <u>Kingsbury Corporation</u>                                                  Case No.
                                               Debtor(s)                    Chapter    <u>11</u>

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    <u>9- 29- 11</u>                                      

Iris A. Mitropoulis/President
Signer/Title

3M Company Prescription Eyewear
2925 Gary Drive
Plymouth, IN 46563

A & A Mfg. Co., Inc.
2300 S. Calhoun Rd.
P.O. Box 510847
New Berlin, WI 53151-0847

Abrasives & Tools of N. H. Inc
49 Sheep Davis Road Rte 106
P.O. Box 916
Concord, NH 03301

Action Tool & Machine, Inc.
C/O Jay M. Niederman, Esq.
55 W. Webster Street
Manchester, NH 03104

Advanced Machine & Engineering
2500 Latham Street
Rockford, IL 61103

AIN Plastics of New England
110 Shawmut Road Unit B
Canton, MA 02021

Air Incorporated
8 Forge Park
Franklin, MA 02038

Airex Filter Corporation
14 Clement Road
Hudson, NH 03051

Airgas East
37 Whittemore Farm Road
Swanzey, NH 03446-3415

Alberto Gilli Consulting LLC
7408 Sitio Lima
Carlsbad, CA 92009

Allegheny-York Company
P. O. Box 3327
York, PA 17404

Alltex Div of Standard Uniform
P. O. Box 5246
Manchester, NH 03108

AMC
C/O Choate, Hall & Stewart
2 International Place, Suite 34
Boston, MA 02110

American Express
One Cate Street
Portsmouth, NH 03801

American Steel & Aluminum LLC
27 Elm Street
Auburn, MA 01501

Anthem Blue Cross and Blue Shield
3000 Goffs Falls Road
Manchester, NH 03111

Apw-Mclean Midwest Sub of Zero Corp
11611 Business Park Blvd North
Champlin, MN 55316

Ariel Printing
24 Roxbury Street
Keene, NH 03431

Aries Engineering Company, Inc
130 Aries Drive
PO Box 110
Dundee, MI 48131

Atlantic Stainless Co., Inc. Unit 5
140 John L. Dietsch Square
North Attleboro, MA 02763

Ats Specialized, Inc.
725 Opportunity Drive
Box 1377
St. Cloud, MN 56302

Audet, Lee
16 Garrison Ave
Keene, NH 03431

August Steinmeyer Gmbh & Co Kg
Riedstrasse 7
72458 Albstadt,
Germany

Austin, W. Peter
4 Partridgeberry Lane
Swanzey, NH 03446

Automated Drive And Design, LLC
6350 S. Inwood Drive
Columbus, IN 47201

Automation & Modular Component
10301 Enterprise Drive
Davisburg, MI 48350

B & R Machine & Gear Corp.
4809 U.S. Highway 45
Sharon,, TN 38255

Baldor Motors & Drives
6 Pullman Street
Worcester, MA 01606

Balluff, Incorporated
8125 Holton Drive
Florence, KY 41042

Bank of America Business Card
80 Holtz Drive
Buffalo, NY 14225

Barrows, Craig
36 Sargent Hill Road
W Chesterfield, NH 03466

Beejol Enterprises Inc.
6990 Lake Street
PO Box 153
Green Mtn. Falls, CO 80819

Bei Technologies Inc Ind. Encoder Div
7230 Hollister Avenue
Goleta, CA 93117

Bernier, Norman
854 Rt 12 A
Surry, NH 03431

Bijur Delimon International
2100 Gateway Centre Blvd.
Suite 109
Morrisville, NC 27560-6600

Blanchflower Lumber Corp.
Library Avenue Box 267
Alstead, NH 03602

Bodycote Corporation
187 Water Street
Laconia, NH 03246

Bokers Incorporated
3104 Snelling Avenue South
Minneapolis, MN 55406

Bokum Tool Company, Incorporated
32301 Dequindre Road
Madison Heights, MI 48071

Bolduc, Andrew
Po Box 233
267 King's Highway
Hancock, NH 03449-0233

Boyd Coatings & Research Co.
51 Parmentar Road
Hudson, MA 01749

Boyle, Kevin
27 Ashuelot Court
Keene, NH 03431

Braden Printing
19 Ralston Street
Keene, NH 03431

Bradford Machine Co., Inc.
30 Bradford Drive
Brattleboro, VT 05301

Bruce Bohannon
315 Matthews Road
Swanzey, NH 03446

Buckley, Jeremy
289 Scotland Road
Winchester, NH 03470

Buffum, Catherine
19 Pond Road
Po Box 27
Harrisville, NH 03450

Butler, Bruce
51 Main Street
Marlborough, NH 03455

Byram Laboratories
1 Columbia Road
Branchburg, NJ 08876

C & H Distributors
770 South 70th Street
PO Box 14770
Milwaukee, WI 53214

Cambridge Valve & Fitting, Inc
126f Hall Street
Concord, NH 03301

CED/Twin State Electric Supply
66 Ralston Street
Keene, NH 03431

Central Safety Equipment Co.
P. O. Box 250
300 West Broad Street
Burlington, NJ 08016

Champney, Michael
20 Jaffrey Road, Lot 11
Fitzwilliam, NH 03447

Chemserve
317 Elm Street
Milford, NH 03055

Choate, Hall & Stewart
2 International Pl., Ste 34
Boston, MA 02110

Cincinnati Machine LLC Service Parts
2200 Litton Lane
Hebron, KY 41048

Cit Technology Fin Serv., Inc.
Po Box 550599
Jacksonville, FL 32255-0599

City of Keene, NH
3 Washington Street
Keene, NH 03431

Clark, Stephen
13 Mill Road
Keene, NH 03431

CMG Precision
45 State Street
Ludlow, MA 01056

Co-Op Tool Workholding Systems
360 Tomahawk Drive
PO Box 1450
Maumee, OH 43537

Commercial Gear & Sprocket Co.
618 Washington Street
E. Walpole, MA 02032

Commodore Logistics LLC
25525 Mound Road
Warren, MI 48091

Computer Solutions of Keene
117 Main Street
Keene, NH 03431

Contech Castings, LLC
950 Trade Centre Way
Suite 200
Portage, MI 49022

Corporate Express Inc.
15 Rye Street Suite 225
Portsmouth,, NH 03801

Corrigan, Michael
37 Evans Lane
Keene, NH 03431

Crystal Rock Bottled Water
1050 Buckingham Street
Watertown, CT 06795-1631

CT Corporation System
P. O. Box 1544
Grand Central Station
New York, NY 10163

Curtis 1000
36 Holly Drive
Newington, CT 06131

D & D Automation, Inc.
658 Erie Street
Stratford, ON N5A 2P1

Daykin Electric Corporation
7792 Boardwalk
Brighton, MI 48116-8521

Dell Marking Systems Inc
821 Wanda Street
Ferndale, MI 48220

Denso Sales California, Inc.
C/O Jay M. Niederman, Esq.
55 W. Webster Street
Manchester, NH 03104

Detroit Edge Tool Co.
6570 East Nevada
Detroit, MI 48234

Devitt Machinery Co.
4009g Market Street
Aston,, PA 19014

Diamond Business Credit, LLC
200 Ledgewood Place, Suite 200
Rockland, MA 02370

Dicronite Dry Lube, Northeast
66 Mainline Drive
Westfield, MA 01085

Dionne, Albert
21 Giffin Street
Keene, NH 03431

Dixi Machines
3590 Rt.9, Suite 204
Cold Spring, NY 10516

Dixon Automatic Tool, Inc.
2300 Twenty-Third Avenue
Rockford, IL 61108

Donson Group, Ltd.
c/o Ventura Industries, LLC
197 Eighth Street, Suite 850
Boston, MA 02129

Doody, Terry
59 Wellington Drive
Spofford, NH 03462

Dumond, Joseph
88 Kendall Road
Keene, NH 03431

Duval Precision Grinding
940 Sheridan Street
Chicopee Falls, MA 01022

Dynamic Chromium
50 Parker Street, #5
Newburyport, MA 01950

E2 Drilling Systems Company
2845 S. Redbud Trail
Niles, MI 49120

Eagle Precision Cast Parts Inc
5142 Evanston Avenue
Muskegon, MI 49442

Eastern Bearings
7096 So. Willow Street
Manchester, NH 03103

EBPA
37 Industrial Drive, Suite E
Exeter, NH 03833

Edmunds Gages
Farmington Industrial Park
P. O. Box 385
Farmington, CT 06032

Efector Inc.
782 Springdale Drive
Whiteland Business Park
Exton, PA 19341

Electrical Controls, Inc.
275 Centre Street
Holbrook, MA 02343

Elvie Corporation
54105 Eisenhower Drive
La Quinta, CA 92253

Emco Tool & Gauge Company
Ludlow Industrial Center
100 State Street Bldg #206
PO Box 396
Ludlow, MA 01056

Emd Optima
251 Washington Street
Pembroke, MA 02359

Emedco Company, Incorporated
P.O. Box 369
Buffalo, NY 14240-0369

Empire Wire
270 Rex Blvd.
Auburn Hills, MI 48326

Enm Company
5617 Northwest Highway
Chicago, IL 60646-6135

Entegee, Inc.
547 Amherst Street
Nashua, NH 03060

Euchner Usa Inc.
6723 Lyons Street
E.Syracuse,, NY 13057

Eugene Hrabowiak
169 Mt. Albion Road
Hamilton, Ontario L8K6T9

F. W. Webb Company
501 Winchester St
Keene, NH 03431

Federal Equip-US Drill Head Co.
5298 River Road
Cincinnati, OH 45233

Federal Express Corporation Dept A
P.O. Box 727
Memphis, TN 38194

Festo Corporation
502 Earth City Plaza
Suite 125
Earth City, MO 63045

Filters Water & Instrumen.Inc.
23 Londonderry Road
Unit 13
Londonderry, NH 03053-3314

Fish, Neil
272 Base Hill Road
Keene, NH 03431

Flanders, Joel
184 Old Walpole Rd
Keene, NH 03431

Flexlink Systems Inc.
6580 Snowdrift Road, Suite 200
Allentown, PA 18106

Fontaine, Bruce
159 Liberty Lane
Keene, NH 03431

Forrest Robinson Manufacturing
561 Main Street
Keene, NH 03431

Fp Mailing Solutions
140 N.Mitchell, Ste 200
Addison,, IL 60101-5629

Frederick A. Farrar, Inc.
15 Avon Street
Keene, NH 03431

Frigon, Eileen
11 American Avenue
Keene, NH 03431

Frontier
Po Box 2951
Phoenix, AZ 85062-2951

Genham Diamond Tooling Systems
11 Ponderosa Court
Montrose, CO 81401

Gerald R. Croumie
Apt.B11
4700 South A Street
Richmond, IN 43374

Gibson Engineering Co., Inc.
90 Broadway
P.O. Box 496
Norwood, MA 02062-0496

Goodale, Charles
7 Heritage Way
Marlborough, NH 03455

Grant, Randy
47 Richmond Street
Winchester, NH 03470

Gray, Kermit
8 Cardinal Circle
Keene, NH 03431

Gray, Leland
1 Canada Street
Marlborough, NH 03455

Guilbeault, Arthur
418 Eaton Rd
Swanzey, NH 03446

Gusher Pumps
Div. Of Ruthman Pump
Ruthman Drive
Dry Ridge, KY 41035

Hardin Machine Tools, Inc.
5220 Valley Brook Circle
Birmingham, AL 35244

Hardware Products Company
191 Williams Street
Chelsea, MA 02150

Hatch, Bileta
202 Pine Cliff Road
Alstead, NH 03602

Helmsman Insurance Agency, LLC
20 Riverside Road
Weston, MA 02493-2231

Helmsman Management Services, Inc
9 Riverside Road
Weston, MA 02193-2290

Henderson, John
97 Butternut Drive
Keene, NH 03431

Hennig, Inc.
9900 North Alpine Road
Machesney Park,, IL 61115

Hernon Manufacturing Inc.
121 Tech Drive
Sanford, FL 32771

Hole Specialist Inc.
51 West Street
Ware,, MA 01082

Honeywell
Attn: Morray Ysaguirre
2055 Dublin Drive
San Diego, CA 92154

Hongisto, Bradley
118 Liberty Lane
Keene, NH 03431

Hope Group
70 Bearfoot Road
P. O. Box 840
Northboro, MA 01532

Horizon Solutions Corporation
701 Kelly Way
Holyoke, MA 01040

Howard P. Fairfield LLC
94 Sheep Davis Road
Pembroke, NH 03275

Howell Macduff Company, Inc.
69 Shrewsbury Street
PO Box 759
Boyalston, MA 01505

Hydra-Lock Corporation
25000 Joy Boulevard
Mt. Clemens,, MI 48043

Ibelle, Jean
98 Holman Road
Fitzwilliam, NH 03447

IBM
5 Bedford Farms
Bedford, NH 03110

Ikon Financial Services
1750 Elm Street
Manchester, NH 03104

Ikon Office Solutions
1750 Elm Street
Manchester, NH 03104

Industrial Control Specialists
8 Delta Drive
Londonderry,, NH 03053-2349

Industrial Tire Sales Co.
7 Grant Avenue
Burlington, MA 01803

Infoprint Solutions LLC
4111 Northside Pkwy.
Atlanta, GA 30327

Inovis
1277 Lenox Park Blvd.
Atlanta, GA 30319-5396

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Interstate Specialty Products Co.Inc.
55 Gilmore Drive
Sutton, MA 01590

Irving Oil Corp.
One Canal Plaza
PO Box 426
Portland, ME 04112

James L. Koontz
765 W. Hill Road
Keene, NH 03431

Joslyn, Su-Ann
254 Pond Road
Surry, NH 03431

Joyal, Richard
132 Partridgeberry Lane
Swanzey, NH 03446

K M S Company
5072 Lakeshore Dr N.
Holland, MI 49424

Kadant Johnson Inc.
805 Wood Street
Three Rivers, MI 49093

Kaydon Corporation
P. O. Box 688
Muskegon, MI 49443

Keating, Keating
71 Bridge Street
Manchester, MA 01944

Keene Answering Service
232 Winchester Street
Keene, NH 03431

Keene Country Club, Inc.
755 West Hill Road
Keene, NH 03431

Keene Gas
64 Main Street
Keene, NH 03431

Keene Industrial Paper Co., Inc
104 Emerald Street
Keene, NH 03431

Kendall, Christopher
28 Russell St
Keene, NH 03431

Kendall, Douglas
28 Russell Street
Keene, NH 03431

Kenneth M. Britt
27 Sawmill Plain Road
South Deerfield, MA 01373

Keyence Corporation of America
C/O Jay M. Niederman, Esq.
55 W. Webster Street
Manchester, NH 03104

Korea Delph Automotive Systems
580-1
Buk-Ri
Nongong-Eup, Dalseong-Gun
Daegu, Korea

Koskela, Brett
290 Valley Road
Dublin, NH 03444

Koski, Terry
574 Sawyers Crossing
Swanzey, NH 03446

L.M. Tarbell Associates, Inc.
140 Industrial Drive
P.O. Box 1300
East Longmeadow, MA 01028

Lafortune & Lafortune
12 Essex Street
Andover, MA 01810

Lawrence, Kenneth
163 George Street
Keene, NH 03431

Lee Spring
140 58th Street
Brooklyn, NY 11220

Liberty Calibration, Inc.
199 North Elm Street
P.O. Box 67
Manchester,, CT 06045-0067

Life Safety Fire Protection Inc
97 Lower Jaffrey Road
Dublin, NH 03444

Lindquist Steels Inc.
1050 Woodend Road
Stratford, CT 06615

Liquid Packaging Solutions, Inc
3999 Hupp Road, R-43
Laporte, IN 46350

LNS Turbo Inc.
203 Turbo Drive
Kings Mountain, NC 28086

Loring Mulkerin Group Inc.
28 Maple Street
Portland, ME 04101

Losma, Inc.
231 West Parkway
Pompton Plains, NJ 07444

LPP Manufacturing
A Subsidiary of Linamar
347 Silvercreek Pkwy N.
Guelph, Ontario
Canada N1H 1E6

M C Hycon, Incorporated
349 E. Industrial Park Drive
Manchester, NH 03103

M. A. Selmon Company, Inc.
40 Hathaway Drive
Stratford, CT 06615

Man-U-Tec, Incorporated
2660 Auburn Road, Suite 600
Auburn Hills, MI 48326

Manufacturers Pattern and Foun
25 Mill River Lane
PO Box 468
Springfield, MA 01105

Marena Industries
433 School Street
East Hartford, CT 06108

Marshall, Donald
112 Main St.
PO Box 224
Marlborough, NH 03455

Masterline Design & Mfg.
41580 Production Drive
Harrison T.S., MI 48045

Mastermans
PO Box 411
Auburn, MA 01501

Matrix Business Technologies
PO Box 272320
Oklahoma City, OK 73137

Matrix International Limited
449 Gardner Street
South Beloit, IL 61080

Matt J. Mcdonald Company
3 Anchor Way
Marine Industrial Park
Boston, MA 02210

Mattson, Bradley
369 Jaffrey Road
Marlborough, NH 03455

Mattson, Thomas
98 Troy Road
Marlborough, NH 03455

Maxwell Bennett Associates
264 River Road
Waddington, NY 13694

Maylin, Donald
149 Old Rt 12 East
Westmoreland, NH 03467

Mayr Corp.
4 North Street
Waldwick,, NJ 07463

McLane, Graf, Raulerson & Middleton, P.
PO Box 326
Manchester, NH 03105-0326

Mclaughlin, Edward
Box 138
Hillsboro, NH 03244

Mcmaster-Carr Supply Company
200 New Canton Way
Robbinsville, NJ 08691

Merrill Tool & Machine, Inc.
21659 W. Gratiot Road
Merrill, MI 48637-0518

Merrill, Marlie
89 Congress St
Keene, NH 03431

Miller, Henry
999 Old Homestead Hw
E. Swanzey, NH 03446

Minuteman Controls Company
7 Foster Street
P. O. Box 1559
Wakefield, MA 01880

Misumi USA, Inc.
1105 Remington Road, Suite B
Schaumburg, IL 60173

Mitropoulis, Iris
197 8th Street, #528
Charlestown, MA 02129

Modern Tools Inc.
24 Parkway Road
Stoneham, MA 02180

Montisano, Joseph
82 Brookline Street
Pepperell, MA 01463

MSC Industrial Supply Co.
1 Perimeter Road
Manchester, NH 03103

Musgrave, Peter
90 Trinity Street
Manchester, NH 03109

Nelson, Danny
10 Starlight Dr
Keene, NH 03431

Nelson, Jr., Jon
121 Cross Street, Apt 1
Keene, NH 03431

New England Metrology Inc.
225 Whitten Road
Hallowell, ME 04347

New Hampshire Department of Justice
Office of the Attorney General
33 Capital Street
Concord, NH 03301

New Hampshire Employment Security
32 South Main Street
Concord, NH 03301

Newark Electronics
59 Composite Way
Lowell, MA 01852

Nortek, Inc
70 Doty Circle
West Springfield, MA 01089

Northeast Delta Dental
One Delta Drive
PO Box 2002
Concord, NH 03302-2002

Northeast Mechanical Corp.
78 Londonderry Turnpike
Unit #G5
Hooksett, NH 03106

Northland Industrial Truck Co. Inc.
44 Loche Road
Concord, NH 03301

Nowak, Thomas
88 Butternut Drive
Keene, NH 03431

NSF International Strategic Registration
789 N. Dixboro Road
Ann Arbor, MI 48105

O'Connor & Drew, PC
25 Braintree Hill Office Park
Suite 102
Braintree, MA 02184

Ober-Read & Associates Inc.
Po Box 125
North Branford, CT 06471

Occupational Health Management
103 Roxbury Street
Suite 212
Keene, NH 03431

Office Max A Boise Co
125 Industrial Way
Portland,, ME 04103

Olson, Liisa
82 Marcy Hill Rd
East Swanzey, NH 03446

Olson, Paul
82 Marcy Hill Rd
East Swanzey, NH 03446

One Communications
100 Chestnut Street Suite 800
Rochester, NY 14604

One Communications Dept 284
PO Box 80000
Hartford, CT 06180-0284

Pac Tool
61 Old Wakefield Road
Milton, NH 03851

PC Connection, Inc.
730 Milford Road
Merrimack, NH 03054-4612

PCW
C/O Choate, Hall & Stewart
2 International Place, Suite 34
Boston, MA 02110

Peaks, Sue
P.O. Box 872
Keene, NH 03431

Pearse-Bertram LLC
22 Tobey Rd.
Bloomfield, CT 06002

Pelham Machinery Company
791 Westwood Avenue
River Vale, NJ 07675

Pellerin Plumbing Co.
136 Island Street
Keene, NH 03431

Pennoni Associates Inc.
The Concord Center, Suite 311
10 Ferry Street, Unit 6
Concord, NH 03301-1950

Performance Feeders Inc.
251 Dunbar Ave.
Oldsmar, FL 34677

Physio-Control Inc.
11811 Willows Road Ne
PO Box 97048
Redmond, WA 98073-9748

Pic Design Company
P. O. Box 1004
Benson Road
Middlebury, CT 06762

Portland Glass Company
2225 Layfayette Road
Portsmouth, NH 03801

Positrol Inc.
3890 Virginia Avenue
Cincinnati, OH 45227

Premium Assignment Corporation
PO Box 3066
Tallahassee, FL 32315

Promess Inc.
11429 East Grand River
PO Box 748
Brighton, MI 48116

Property Tax Advisors, Inc.
125 Brewery Lane
Portsmouth, NH 03801

Prud'homme, Robert
339 Monadnock Way
East Swanzey, NH 03446

Public Service Company of N.H.
73 West Brook Street
Manchester, NH 03101

R. L. Balla, Inc.
338 Beryl Mountain Road
South Acworth, NH 03607

R. L. Schmitt Company, Inc.
34506 Glendale
Livonia, MI 48150

Rawling Gear, Inc.
890 Hartford Turnpike
Shrewsbury, MA 01545

RDP Electrosense Inc.
2216 Pottstown Pike
Pottstown, PA 19465

Regor Precision
326 Athol Road
Richmond, NH 03470

Retirement Committee
Kingsbury Corporation
80 Laurel Street
Keene, NH 03431

Rexnord, Incorporated
3655 Brookham Dr., Suite J
A/C# 3740101
Grove City, OH 43123

Reynolds, Thomas
7 Nelson Street
Keene, NH 03431

Richard Chayer
14 Salt Shed Road, Apt #7
PO Box 384
Spofford, NH 03462

Robichaud, Thomas
53 Oriole Avenue
Keene, NH 03431

Robinson, William
55 Hubbard Road
Sullivan, NH 03445-4313

Rodier, David
25 Hackler Drive
Swanzey, NH 03446

Ross Controls
1 Ross Way
Lavonia, GA 30553

Royce, Charles
88 Mine Road
Winchester, NH 03470

Royce, Ralph
162 Staddle Hill Rd.
Winchester, NH 03470

Ryerson New England
301 Binney Street
Cambridge,, MA 02142

Sanborn, Head & Associates Inc
20 Foundry Street
Concord, NH 03301

Schneeberger
11 Deangelo Drive
Bedford, MA 01730

Service Engineering Inc.
2190 West Main Street
PO Box 5001
Greenfield, IN 46140-5001

Setco Sales Co.
5880 Hillside Avenue
Cincinnati, OH 45233

Shallco, Incorporated
P. O. Box 1089
Smithfield, NC 27577

Shaw, Charles
91 Dolly Lane
Rindge, NH 03461

Shoudt, Steven
20353 St Rte 579
Curtice, OH 43412

Shuttleworth, Inc.
10 Commercial Road
Huntington, IN 46750

Sigma-One
20 Chenell Drive
Concord, NH 03301

Sim's Press Incorporated
91 Route 202 North
Peterborough, NH 03458

Simmons Machine Tool
Attn: Robert Gerren
1700 North Broadway
Albany, NY 12204

Simonds, Brian
49 Foxglove Lane
Swanzey, NH 03446

Smith. John
38 Lower Parker Hill Road
Springfield, VT 05156

Specialty Bolt & Screw Inc.
235 Bowles Road
P.O. Box 1030
Agawam, MA 01001-1030

Spiral Brushes Incorporated
1355 Commerce Drive
Stow, OH 44224

Springfield Tool Supply
9 Precision Drive
PO Box 405
North Springfield, VT 05150

Standard Insurance
75 Market St., Suite 403
Portland, ME 04101

Staples Manufacturing, LLC
2612 Elliot Road
Troy, MI 48083

Star Su LLC
5200 Prairie Stone Parkway
Suite 100
Hoffman Estates, IL 60192

State of Michigan
Dept Of Energy, Lbr, Growth
Bureau Of Comm. Serv, Corp Div
PO Box 30702
Lansing, MI 48909

State of New Hampshire
NH Dept. of Revenue Admin.
Document Processing Division
PO Box 637
Concord, NH 03302-0637

State of NH-Des Dept of Environmental Se
6 Hazen Drive
Concord, NH 03302-0095

Stelron Components, Inc.
1495 MacArthur Blvd.
Mahwah, NJ 07430

Steve Shoudt
20353 West St. Route 579
Curtice, OH 43412

Stewart-Hunt, Incorporated
8 Garfield Circle
Burlington, MA 01803

Stilson Products LLC
15935 Sturgeon Street
Roseville, MI 48066

Sullivan, Francis
28 Evans Lane
Keene, NH 03431

Sunnen Products Company Ind. Div
7910 Manchester Ave.
St. Louis, MO 63143

Sunset Tool, Inc
58 Optical Avenue
Keene, NH 03431

Swett, Shaun
173 Highland Circle
Swanzey, NH 03446

Taper Line, Inc.
23426 Reynolds Court
Clinton Township, MI 48036

TD Bank
Mail Stop: ME092B-12
75 John Roberts Road, Building B
South Portland, ME 04112

Technipower
Building 100, Suite 250
1080 Holcomb Bridge Road
Roswell, GA 30076

Techno Sommer Automatic Co
2101 Jericho Turnpike
New Hyde Park, NY 11040

Telesis Technologies, Inc.
28181 River Drive
P.O. Box 1000
Circleville, OH 43113

Tempron Products Corporation
21 Maple Street
Milford, MA 01757

Tfmoran Inc.
149 Emerald Street
Keene, NH 03431

The Melanson Company Inc.
353 West St
Keene,, NH 03431

Thomas Transportation Dervices Inc
93 Monadnock Hwy.
Swanzey, NH 03431

Thompson, Robert
154 Eaton Road
Swanzey, NH 03469

Thyssen Elevator, Inc.
665 Concord Ave
Cambridge, MA 02138

Tommila Brothers Lumber Co.
Route 12
PO Box 188
Troy, NH 03465

Toomey Associates
1100 Russell Road
P.O. Box 577
Westfield, MA 01086

TPC Wire And Cable
7061 E.Pleasant Valley Road
Independence, OH 44131

TPJ
Po Box 958
53 Marlboro Street
Keene, NH 03431

Tracey Gear & Precision Shaft
740 York Ave.
Pawtucket, RI 02861

Transatlantic Connection
109 N.Main Street
Rockford, IL 61101

Transformer Service Inc.
74 Regional Drive
PO Box 1077
Concord, NH 03302-1077

Travelers
Brown & Brown of Nh Inc.
PO Box 1510
Merrimack, NH 03054

Tri-State Packing Supply, Inc.
158 Pleasant Hill Road
Scarborough, ME 04074

Turmoil, Inc.
Po Box 583
West Swanzey, NH 03469

U.S. Department of Labor
District Office 1 - Boston
JFK Federal Building, Room E-260
Boston, MA 02203

U.S. Small Business Administration
Birmingham Disaster Loan Servicing Cnt.
801 Tom Martin Drive, Suite 120
Birmingham, AL 35211

UAW Local 2232
991 Candia Road
Manchester, NH 03109

Unicco Service Co. Keene State College
229 Main Street
Keene, NH 03435

Unicorr Packaging Group
473 Bowen Road
Bennington, VT 05201-2757

Union Mutual Insurance Co.
C/O Brown & Brown Of Nh Inc.
PO Box 1510
Merrimack, NH 03054

United Industrial Services Co
136 Gracey Avenue
Meriden,, CT 06451

United Parcel Service
P. O. Box 4844
Manchester, NH 03108

United States Postal Service CMRS-FP
PO Box 7247-0119
Philadelphia, PA 19170-0119

Unum Life Insurance Company of America
Po Box 406990
Atlanta, GA 30384-6990

Utica Leaseco, LLC
44225 Utica Road
Utica, MI 48317

Vallen Proveedora Industrial
Blvd. Adolfo Lopez Mateos
#4000 Col. Universidad Poniente
Tampico, Tamaulipas
Mexico 89336

Ventura Industries LLC
197 Eighth Street, Suite 850
Boston, MA 02129

Verizon Wireless
Po Box 15062
Albany, NY 12212-5062

W. W. Grainger, Incorporated
370 E Industrial Park Drive
Manchester, NH 03109

Walter Burkart Estate
764 W. Hill Road
Keene, NH 03431

Waste Management Cheshire Sanitation
25 Monadnock Highway
North Swanzey, NH 03431

Weiss North America
3860 Ben Hur Avenue, Suite 3
Willoughby, OH 44094

Westfield Electroplating Co
68 North Elm St
Westfield, MA 01085

White, Anthony
Po Box 10653
Swanzey, NH 03446

Whitman Castings,Inc.
40 Raynor Avenue P.O. Box 456
Whitman, MA 02382

Whitten, Wayne
5 Organ St., Apt 1
Brattleboro, VT 05301

Wilson Tool International
12912 Farnham Ave.
White Bear Lake, MN 55110

Wm. J. Williams Company
72 Kapper Drive
Winchester, NH 03470-2300

Worcester, Rex
40 Old Spofford Rd
Winchester, NH 03470

Wrabacon Inc.
150 Old Waterville Road
PO Box 7
Oakland, ME 04963

Yarde Metals
229 Technology Park
Bristol, CT 06010

YRC (RDWY)
PO Box 471
Akron, OH 44309-0471