Form defntcbus

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101-1708

---

Case No.: 11-13671-JMD
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kingsbury Corporation
    80 Laurel Street
    Keene, NH 03431

Social Security No.:

Tax I.D. No.:
    02-0329934

---

## DEFICIENCY NOTICE

To the Debtor(s) and the Debtor(s)' attorney, if any:

In order for this case to be administered, it is necessary that the item(s) listed below be filed by the due date.

Stmt. of Fin. Affairs 10/14/2011
Schedule A 10/14/2011
Schedule B 10/14/2011
Schedule D 10/14/2011
Schedule E 10/14/2011
Schedule F 10/14/2011
Schedule G 10/14/2011
Schedule H 10/14/2011
Declaration re DB Sched 10/14/2011
Aty Disclosure Stmt. 10/14/2011
Summary of Schedules 10/14/2011
Stmt. Parent/Public Co. 10/14/2011
Incomplete Filings Due 10/14/2011

If the Debtor(s) fail to file all documents required to be filed under 11 U.S.C. § 521(a)(1), as applicable, i.e., the list of creditors, Schedules A through J, the Statement of Financial Affairs, the Notice to Individual Consumer Debtor under § 342(b), and Form B22, or any of the other documents listed that are required by Local Bankruptcy Rule 1007-1 **by the deadline listed above**, a Clerk's Notice of Dismissal (Contingent) shall be issued.

Dated: 9/30/11

                For the Court
                George A. Vannah, Clerk
                By: /s/ Heather Kelley
                Deputy Clerk