# KINGSBURY CORPORATION
## Cash Flow DIP

**EXHIBIT B**

|  | 9/30/2011 | 10/7/2011 | 10/14/2011 | 10/21/2011 |
|---|---|---|---|---|
| Opening Available 09-29-11 | $ - | $ 46,600.00 | $ 21,449.00 | $ 17,290.00 |
| New Invoicing at 85% | $ 5,100.00 | $ 20,149.00 | $ 34,141.00 | $ 25,641.00 |
| New Collections at 15% |  | $ 2,700.00 | $ 2,700.00 | $ 3,750.00 |
| Additional Inventory Advance | $ 120,000.00 |  |  |  |
| Adjusted WE Total | $ 125,100.00 | $ 69,449.00 | $ 58,290.00 | $ 46,681.00 |

| **Invoicing** | 9/30/2011 | 10/7/2011 | 10/14/2011 | 10/21/2011 |
|---|---|---|---|---|
| Spare Parts - Stock/Purchased | $ 6,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| Spare Parts - Manufactured |  | $ 8,000.00 | $ 10,000.00 | $ 9,000.00 |
| Diversified - Deposit with Order |  | $ 5,705.00 | $ - |  |
| Rockford Products |  |  | $ 8,000.00 |  |
| Service Trips |  |  | $ 8,000.00 | $ 6,000.00 |
| Subcontract Parts |  |  | $ 4,166.00 | $ 5,166.00 |
| Total | $ 6,000.00 | $ 23,705.00 | $ 40,166.00 | $ 30,166.00 |

| **Payroll** |  |  |  |  |
|---|---|---|---|---|
| Weekly/Monthly | $ (15,500.00) | $ (20,000.00) | $ (20,000.00) | $ (20,000.00) |
| Insurance (just property) | $ - | $ (7,000.00) |  | $ - |
| Banks/Leases | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) |
| Oil/Gas/Phone (incl deposit WK1) | $ (24,000.00) | $ (4,000.00) | $ (6,500.00) | $ (11,000.00) |
| Prior Week Float |  |  |  |  |
| **Vendors - Steel/Commercial** | $ (15,000.00) | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) |
| **Plant Requirements** | $ (8,500.00) | $ (4,000.00) | $ (4,000.00) | $ (4,000.00) |
| **Miscellaneous** | $ (15,000.00) | $ (7,500.00) | $ (5,000.00) | $ (5,000.00) |
|  | $ (78,500.00) | $ (48,000.00) | $ (41,000.00) | $ (45,500.00) |
| **Net Cash** | $ 46,600.00 | $ 21,449.00 | $ 17,290.00 | $ 1,181.00 |