# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                          Bk. No. 11-13671-JMD
                                                Chapter 11
Kingsbury Corporation,
                Debtor(s)

### ORDER OF THE COURT

Hearing Date:          10/6/2011 10:30 AM


Nature of Proceeding:          Doc# 37 Motion to Dismiss Case For Other Reason Failure to Pay  Filed by Creditor Utica Leaseco, LLC (Attachments: # (1) Affidavit of Taso Sofikitos# (2) Exhibit 1 to Affidavit of Taso Sofikitis# (3) Exhibit 2 to Affidavit of Taso Sofikitis# (4) Proposed Order)

Outcome of Hearing:          WITHDRAWN



IT IS SO ORDERED:


/s/ J. Michael Deasy          10/6/2011
_____
J. Michael Deasy
Bankruptcy Judge