UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:                                              Bk. No. 11-13671-JMD
                                                 Chapter 11

Kingsbury Corporation,
        Debtor(s)

**ORDER OF THE COURT**

Hearing Date:         10/6/2011 10:30 AM

Nature of Proceeding:        Doc# 6 Motion to Borrow Under Rule 4001d Motion for Order: (A) Authorizing the Debtor to Obtain Post-Petition Financing; (B) Granting to Diamond Business Credit, LLC Post-Petition Security Interests; (C) Authorizing the Use of Cash Collateral; (D) Granting Adequate Protection in the Form of Replacement Liens; and (E) Setting a Final Hearing Filed by Debtor Kingsbury Corporation (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Proposed Order)

Outcome of Hearing:      ORDER TO BE SUBMITTED FORTHWITH


IT IS SO ORDERED:


/s/ J. Michael Deasy        10/6/2011
_____

J. Michael Deasy
Bankruptcy Judge