# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:  Bk. No. 11-13671-JMD
 Chapter 11
Kingsbury Corporation and Ventura Industries, LLC,
 Debtor(s)

## ORDER OF THE COURT

Hearing Date: 10/31/2011 9:30 AM

Nature of Proceeding: Doc# 6 Continued Hearing on Motion To Borrow

Outcome of Hearing: Attorney Keach to submit an amended proposed order forthwith

IT IS SO ORDERED:

/s/ J. Michael Deasy    10/31/2011

J. Michael Deasy
Bankruptcy Judge